USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
   **THEODORE PARISIENNE,**  :
                               **Plaintiff,**  :   **1:20-cv-04220 (ALC)**
       **-against-**  :   **ORDER**
   **SOURCE DIGITAL, INC.,**  :
                               **Defendant.**  :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiff's response to the Order to Show Cause issued by this Court on October 20, 2020. ECF No. 8.

      Plaintiff is hereby ORDERED to file a motion for default judgment by November 30, 2020. Plaintiff is warned that failure to do so may result in dismissal for failure to prosecute for failure to move for default judgment pursuant to Fed. R. Civ. P. 41(b).  *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) ("[I]t is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case sua sponte for failure to prosecute . . .").

**SO ORDERED.**

**Dated:  November 9, 2020**
       **New York, New York**                                _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**