UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Theodore Parisienne,

                Plaintiff,

    -against-

Source Digital, Inc.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020

1:20-cv-04220 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE.**

    Plaintiff's counsel Richard Liebowitz has been suspended from the practice of law in this Court on an interim basis pending further disciplinary proceedings. Accordingly, all deadlines are stayed for 30 days from the date of this order. Within 30 days of the date of this order, Plaintiff shall either appear through another attorney from the Leibowitz firm or an attorney other than one from the Leibowitz firm, or inform the Court that he is proceeding *pro se* (without an attorney). In the event Plaintiff fails to appear through counsel or *pro se* within 30 days of this order, the case may be dismissed for failure to prosecute.

    An attorney or paralegal from Mr. Leibowitz's firm, other than Mr. Leibowitz, shall serve a copy of this order on Plaintiff by Monday, December 14, 2020, and file proof of service of same by Thursday, December 17, 2020.

**SO ORDERED.**

Dated: New York, New York
December 7, 2020

_____
STEWART D. AARON
United States Magistrate Judge

2